# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON,<br><br>Petitioner,<br><br>v.<br><br>JOEL MARTINEZ,<br><br>Respondent. | Case No. 1:16-cv-01215-LJO-SAB-HC<br><br>ORDER GRANTING MOTION TO AMEND (ECF No. 11)<br><br>ORDER TO RESPOND TO FIRST AMENDED PETITION (ECF No. 10)<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 26, 2016, Petitioner filed a first amended petition (ECF No. 10) and a motion for an order to direct the Clerk of Court to serve the amended petition (ECF No. 11), which the Court previously construed as a motion to amend (ECF No. 12). Respondent does not oppose Petitioner's motion to amend. (ECF No. 13).

In light of Respondent's statement of non-opposition to the motion to amend, the Court HEREBY ORDERS that:

1. Petitioner's motion to amend (ECF No. 11) is GRANTED;
2. Within **SIXTY (60) days** of the date of service of this order, Respondent SHALL FILE a RESPONSE to the Amended Petition (ECF No. 33). See Rule 4, Rules Governing Section 2254 Cases; Cluchette v. Rushen, 770 F.2d 1469, 1473–74 (9th Cir. 1985) (court has discretion to fix time for filing a response). A Response can be made by filing one of the following:

     A.    AN ANSWER addressing the merits of the First Amended Petition. Any argument by Respondent that Petitioner has procedurally defaulted a claim SHALL BE MADE in the ANSWER, but must also address the merits of the claim asserted.

     B.    A MOTION TO DISMISS the First Amended Petition.

3. Within **SIXTY (60) days** of the date of service of this order, Respondent SHALL FILE any and all transcripts or other documents necessary for the resolution of the issues presented in the First Amended Petition. See Rule 5(c), Rules Governing Section 2254 Cases.

4. If Respondent files an Answer to the First Amended Petition, Petitioner MAY FILE a Traverse within **THIRTY (30) days** of the date Respondent's Answer or written submission is filed with the Court. If no Traverse is filed, the First Amended Petition and Answer are deemed submitted at the expiration of the thirty days.

5. If Respondent files a Motion to Dismiss, Petitioner SHALL FILE an Opposition or Statement of Non-Opposition within **TWENTY-ONE (21) days** of the date Respondent's Motion is filed with the Court. Any Reply to an Opposition to the Motion to Dismiss SHALL be filed within **SEVEN (7) days** after the Opposition is served. The Motion to Dismiss will be deemed submitted **TWENTY-EIGHT (28) days** after the service of the Motion or when the Reply is filed, whichever comes first. See Local Rule 230(l).

IT IS SO ORDERED.

Dated:   **October 11, 2016**

                                                UNITED STATES MAGISTRATE JUDGE